**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

IN RE:                                                                      Chapter 13 Case No.:


**SHAWN OSTERLOH,**                                          **CHAPTER 13 PLAN**


**Debtor(s).**
--------------------------------------------------------X

1.      The future earnings of the debtor are submitted to the supervision and control of the
trustee and the debtor shall pay to the trustee for a total period of 60 months, the sum of:


$1,000 commencing August, 2011 through and including July, 2016 for a period
of 60  months;


2.      From the payments so received, the trustee shall make disbursements as follows:

(a)      Full payment in deferred cash payments of all claims entitled to priority under 11
U.S.C. Section 507.  Administrative fees to RICHARD F. ARTURA of $3,000

(b)      Holders of allowed secured claims shall retain the liens securing such claims and
shall be paid as follows:

**ALL POST-PETITION PAYMENTS, INCLUDING BUT NOT LIMITED TO,**
**MORTGAGE PAYMENTS, VEHICLE PAYMENTS, REAL ESTATE TAXES and**
**INCOME TAXES, TO BE MADE OUTSIDE THE PLAN BY THE DEBTOR.**
Each secured creditor (i.e., mortgage, vehicle or other secured) as listed in the debtor's schedules
will be paid through this plan as follows:


Bank of America (First mortgage lien holder on 307 Woodlawn Avenue, Saint James, NY
11780, Account ending 8865) to be paid pre-petition arrears in the sum of $10,000 plus 0% over
the life of the plan.


Citimortgage (Second mortgage lien holder on 307 Woodlawn Avenue, Saint James, NY 11780,
Account ending 5030) to be paid pre-petition arrears in the sum of $500 plus 0% over the life of
the plan.


Chase Auto Finaance (Auto lien holder on 2004 Mercury Grand Marquis, Account ending 5801)
to be paid pre-petition arrears in the sum of $0 plus 0% over the life of the plan.


Santander Consumer USA (Auto lien holder on 1991 Cadillac, Account ending 5274) to be paid
pre-petition arrears in the sum of $0 plus 0% over the life of the plan.


Harley Davidson Credit Corp. (Lien holder on 2008 Harley Davidson FLHR Road King, Account
ending 8587) to be paid pre-petition arrears in the sum of $0 plus 0% over the life of the plan.


2008 Kawaski motorcycle to be surrendered to the secured creditor, HSBC (account ending
1267) and a timely filed proof of claim on any deficiency to be paid as an unsecured claim.

2005 Coachman Motor Home to be surrendered to the secured creditor, Bank of the West (account ending 2938) and a timely filed proof of claim on any deficiency to be paid as an unsecured claim.

      (c)     Subsequent and/or concurrently with distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim of not less than 100% (percent).**

3.      All lease agreements are hereby assumed, unless specifically rejected as follows:

4.      Title to the debtor(s) property shall revest in the debtor upon completion of the plan or dismissal of the case, <u>unless otherwise provided in the Order confirming this plan</u>. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $2,500.00 without written consent of the Chapter 13 trustee of the Court.


<u>S/SHAWN OSTERLOH</u>
Debtor SHAWN OSTERLOH

Dated: July 18, 2011                  <u>S/ RICHARD F. ARTURA, ESQ.</u>
                                          Attorney for Debtor